IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05 123T |
| | ) | Cr. No. |
| v. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(A)(iii) |
| | ) | and (b)(1)(C) |
| MANUEL CORADIN | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about July 8, 2005, in the District of Rhode Island, the defendant, MANUEL CORADIN, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(iii).

COUNT TWO

On or about July 8, 2005, in the District of Rhode Island, the defendant, MANUEL CORADIN, did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance.

All in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C).

A TRUE BILL:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

RICHARD W. ROSE
Assistant U.S. Attorney

MARY E. ROGERS
Assistant U.S. Attorney

DATE: 11/2/05