IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-123T |
| vs. | ) | |
| | ) | |
| MANUEL CORADIN | ) | |

**NOTICE OF APPEARANCE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephanie S. Browne, Assistant United States Attorney, and files this Notice of Appearance in the case entitled, United States v. Manuel Coradin, CR05-123T, in that Assistant United States Attorney Richard W. Rose is being withdrawn from this case.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/S/STEPHANIE S. BROWNE
STEPHANIE S. BROWNE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email stephanie.browne@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 7th day of March, 2007, I caused the within Notice of Withdrawal of Appearance to be filed electronically and it is available for viewing and downloading from the ECF system.

/S/STEPHANIE S. BROWNE
STEPHANIE S. BROWNE
Assistant U.S. Attorney
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email stephanie.browne@usdoj.gov