AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

## APPEARANCE

US
v.
Manuel Conadon

Case Number: CR 05-123 T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Mr. Conadon

I certify that I am admitted to practice in this court.

4-23-7
Date

Signature

K Fitzgerald
Print Name

5775
Bar Number

10 WEYBOSSET STREET
Address

| | | |
|---|---|---|
| PROVIDENCE | RI | 02903 |
| City | State | Zip Code |

| | |
|---|---|
| (401) 528-4281 | (401) 528-4285 |
| Phone Number | Fax Number |