1088274

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
NOV 02 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

MANUEL CORADIN

**WARRANT FOR ARREST**

CASE NUMBER: CR05-123T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest MANUEL CORADIN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(A)(iii) and (C)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Theall
Signature of Issuing Officer

November 2, 2005 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI | | |
| DATE RECEIVED 11/02/2005 | NAME AND TITLE OF ARRESTING OFFICER Robert Young DUSM | SIGNATURE OF ARRESTING OFFICER Robert D. Young |
| DATE OF ARREST 04/19/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.