UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Manuel Coradin, the Defendant in the above captioned matter, and moves this Honorable Court to continue the empanelment date, currently June 15, 2007, and extend time for the filing of pretrial motions in this matter, now due by June 4, 2007, for a period of 30 days. Mr. Coradin submits the attached memorandum in support of this request.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on May 10, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE EMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Coradin has moved this Honorable Court to continue the empanelment date and extend the time for filing pretrial motions in this matter. The empanelment date is currently June 15, 2007. Counsel has recently received discovery and needs the additional time to fully engage and consult Mr. Coradin. Mr. Coradin faces a very severe mandatory minimum sentence and suffers from significant language and cognitive limitations. The extra time will assist Defense Counsel in the task of explaining to Mr. Coradin his legal circumstances as well as providing clear and concise advice sufficient to allow Mr. Coradin to make informed decisions about his defense. The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on May 10, 2007.

/s/ Kevin J. Fitzgerald