UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                          CR No.  05-123T

MANUEL CORADIN

### ORDER

Upon motion of the defendant to continue the trial presently scheduled for June 26th, 2007, and with no objection by the government, and my having found that the ends of justice are served by the granting of such continuance and that they outweigh the best interests of the public and the defendant in a speedy trial, in that it will allow the parties to conduct the discovery and pretrial investigation required to fairly and adequately adjudicate this case, it is hereby

ORDERED

that the trial date in the case entitled, <u>United States v. Manuel Coradin</u> CR No. 05-123T, is vacated, the case will be scheduled for impanelment on July 17th, 2007 and the time from the date of this order through July 17th, 2007, is excludable under 18 U.S.C. §§ 3161(h)(7) and (8)(A).

By Order

/s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Senior U.S. District Judge
Date: 5/29, 2007