UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Manuel Coradin, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date, currently July 17, 2007, and extend time for the filing of pretrial motions in this matter, for a period of 30 days. The government has no objection to this extension. Mr. Coradin submits the attached memorandum in support of this request.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on June 19, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Coradin has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter. The impanelment date is currently July 17, 2007.

As stated in the last request for a continuance, Mr. Coradin faces a very severe mandatory minimum sentence and suffers from significant language and cognitive limitations. The Federal Sentencing Guidelines and the controlled substances sentencing structure under 21 U.S.C. § 841 are particularly complicated and can certainly be confusing even to practitioners. Mr. Coradin does not, however, even approach that level of understanding and comprehension. Mr. Coradin's comprehension suffers from the dual problems of a language barrier and illiteracy. Mr. Coradin's first language is Spanish, but he also speaks English. Unfortunately, he does not read in either language. Counsel needs the additional time to competently ensure Mr. Coradin understands the process and the ramifications of his decisions.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on June 19, 2007.

/s/ Kevin J. Fitzgerald