UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Now comes Manuel Coradin, the Defendant in the above captioned matter, and moves this Honorable Court to continue the impanelment date, currently August 21, 2007, and extend time for the filing of pretrial motions in this matter, for a period of 60 days. Mr. Coradin submits the attached memorandum in support of this request.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on July 27, 2007.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

---

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE IMPANELMENT AND EXTEND TIME FOR FILING MOTIONS

Mr. Coradin has moved this Honorable Court to continue the impanelment date and extend the time for filing pretrial motions in this matter. The impanelment date is currently August 21, 2007.

The defense seeks this continuance to have Mr. Coradin's cognitive functions evaluated. Mr. Coradin faces a likely 20 year mandatory minimum sentence, or a possible life sentence if convicted at trial, while suffering from significant mental deficiencies. As noted before, Mr. Coradin speaks Spanish and English, but does not read English at all, and has a very limited ability to read Spanish. Additionally, it is clear in his interaction with counsel that Mr. Coradin does not understand or comprehend the legal issues he faces at a normal level. An evaluation will assist counsel in identifying Mr. Coradin's deficiencies and help, ultimately, to ensure that Mr. Coradin understands the very severe consequences he faces. Defense Counsel is in the process of contracting for the evaluation. We estimate that the evaluation would be complete in September, but ask for an October impanelment in case any complications arise.

The time requested is excludable under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8). The government has no objection to this extension.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this memorandum was delivered by electronic notification to Stephanie Browne, Assistant United States Attorney, on July 27, 2007.

/s/ Kevin J. Fitzgerald