**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

September 26th, 2007

**JURY CALENDAR**

CR05-123T USA v. Manuel Coradin
***(Possession w/ Intent to Dist. Cocaine Base – MJ Almond)***

CA06-149T Brenda Hogan, et al. v. Walter Barlow, Jr., et al.
***(Civil Rights - MJ Martin)***

You are hereby notified that the above jury cases will be empaneled on **Wednesday October 24th, 2007 at 9:30 AM** before Magistrate Judge Robert W. Lovegreen, Magistrate David L. Martin, or Magistrate Judge Lincoln D. Almond. A calendar call will be held on **Wednesday October 17th, 2007 at 9:00 AM** in **Courtroom 3** before Chief Judge Ernest C. Torres. Counsel are directed to review all pretrial orders to assure full compliance. Counsel must be present for impanelment of the jury and for the calendar call.

After impanelment, counsel must be prepared to begin trial on 24 hours notice, unless otherwise noted. Counsel in non-jury cases must be prepared to begin trial within 24 hours after notification by the Court.

Counsel in civil cases should specifically review paragraphs 10c. and 12-16 of the pretrial order.

Counsel in criminal cases are reminded that, absent a showing of good cause:

1. No plea agreements will be honored by the Court unless submitted in writing at least one week before impanelment. See Fed. R. Crim. P. 11(e).

2. No plea agreements will be accepted by the Court during the one week period preceding impanelment unless they have been scheduled before that period.

3. Under Guidelines §3E1.1(b)(2), only timely pleas qualify for a three level reduction for acceptance of responsibility.

The above cases may or may not be reached for trial in the order listed. It is the responsibility of individual counsel to keep informed of the status of the Trial Calendar.

*Ryan H. Jackson*

Ryan H. Jackson
Calendar Clerk
401-752-7210

Forward to:
Kevin Fitzgerald, AFD
Stephen Dambruch, AUSA
Bernard Healy, Esq.
Marc DeSisto, Esq.
Karen Corcoran, Esq.