UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

---

MOTION TO CONTINUE SENTENCING

Now comes Manuel Coradin, the Defendant in the above captioned matter, and moves this Honorable Court to continue his scheduled sentencing, currently January 15, 2008, for a period of 30 days. Mr. Coradin submits the attached memorandum in support of this request.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this motion was delivered by electronic notification to Stephan Dambruch, Assistant United States Attorney and Heather McLoughlin, USPO on January 4, 2008.

/s/ Kevin J. Fitzgerald

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO CONTINUE SENTENCING

Mr. Coradin has moved this Honorable Court to continue his sentencing from January 15, 2008, for a period of 30 days.

The defense seeks this continuance to fully research and investigate the issue of converting seized monies into a drug weight equivalent for the purposes of determining an appropriate offense level under the advisory sentencing guidelines. At issue here is the value of crack cocaine used to convert cash to a drug weight, and also the method used to arrive at that converted equivalent. In the PSR the probation department used a street value for crack cocaine to convert all of the monies seized into an equivalent amount of crack cocaine for sentencing. Although Mr. Coradin was convicted of possessing both crack cocaine and powder cocaine for distribution, the probation department allotted all of the cash seized to an equivalent amount of crack cocaine only. Mr. Coradin has preliminarily objected to the calculations in the PSR. The government responded to the objection with additional estimates for the value of cocaine which differed from the PSR. The defense is in the process of obtaining the information used by probation and provided by the government and needs this additional time for review.

Additionally, the change in the crack cocaine guideline amendments has created a particular anomaly when determining the offense level in cases with multiple drug types. Very briefly, the discrepancy results in a higher offense level for certain defendants who possess crack cocaine along with other controlled substances than they would otherwise be subject to had they possessed crack cocaine alone. For example, under the present guidelines possession of 150 to 500 grams of cocaine base results in an offense level of 32. If that cocaine base is possessed along with another drug (regardless of its weight) the cocaine base is then converted to an equivalent of marijuana at a rate of 6.7 kg per gram of crack. While a crack only defendant crosses the threshold from OL 32 to 34

at 500 grams, a multiple drug possessor crosses the same threshold (3000 Kg marijuana) with approximately 450 grams of crack cocaine at that conversion rate (448 x 6.7 = 3001.6). That conversion rate plays a role here because the method used to convert the seized cash may result in a converted amount of cocaine base between 448 and 500 grams for sentencing purposes. Defense counsel needs this additional time to research this hiccough in the guidelines which did not exist prior to the amendments. Also, counsel will need additional time to explain this very complicated process to Mr. Coradin given his limitations.

The government has no objection to this request for a continuance, however Mr. Dambruch is court excused from February 18 to 20.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this memorandum was delivered by electronic notification to Stephan Dambruch, Assistant United States Attorney, and Heather McLoughlin, USPO on January 4, 2008.

/s/ Kevin J. Fitzgerald