UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR No. 05-0123T |
| | ) | |
| MANUEL CORADIN | ) | |

---

NOTICE OF APPEAL

Now comes Manuel Coradin, the Defendant in the above captioned matter, and notices the appeal of his sentence imposed on March 19, 2008 to the First Circuit Court of Appeals.

Respectfully submitted
Manuel Coradin
By his attorney,

/s/ Kevin J. Fitzgerald, 5775
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281
FAX 528-4285
kevin_fitzgerald@fd.org

CERTIFICATION

I hereby certify that a copy of this notice was delivered by electronic notification to Donald C. Lockhart, Assistant United States Attorney on March 12, 2008.

/s/ Kevin J. Fitzgerald